UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREA M. LOWE,

       **Plaintiff,**

vs.                                                        Case No. 8:08-CV-2434-T-27TBM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       **Defendant.**

_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that the decision of the Defendant Commissioner denying Plaintiff's application for a period of disability, disability insurance benefits, and supplemental security income benefits be affirmed. (Dkt. 21). Neither party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1)    The Report and Recommendation of the Magistrate Judge (Dkt. 21) is adopted, confirmed, and approved and is made a part of this order for all purposes, including appellate review.

2)    The decision of the Defendant Commissioner is **AFFIRMED**.

3)    The Clerk is directed to enter judgment in favor of the Defendant Commissioner.

4)      The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida, on this 25th day of February, 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of record